# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| SHARON GALLIMORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.7:21-cv-00573-AMM-HNJ |
| ) | |
| WARDEN, ) | |
| ) | |
| Respondent. ) | |

## **MEMORANDUM OPINION**

The Magistrate Judge entered a report, Doc. 18, on January 20, 2023, recommending that the court deny petitioner Sharon Gallimore's Section 2241 petition, Doc. 1, and dismiss her claims without prejudice subject to her right to initiate an appropriate *Bivens* action to pursue any cognizable claims she may have. No objections have been filed.

After careful consideration of the record in this case and the Magistrate Judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court finds that Ms. Gallimore's Section 2241 petition, Doc. 1, is **DENIED** and her claims are **DISMISSED WITHOUT PREJUDICE**. A final judgment will be entered.

**DONE** and **ORDERED** this 13th day of February, 2023.

_____
**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE